# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SPAN 39, LTD., <br><br>     Plaintiff, <br> v. <br><br> TEXAS MEDICAL TECHNOLOGY, LLC, <br><br>     Defendant. | Case No. 4:22-cv-02866 <br><br> Judge Charles Eskridge |

## JOINT STATUS REPORT

Counsel for Plaintiff SPAN 39, Ltd. and Defendant Texas Medical Technology, LLC (collectively, "the Parties") hereby submit this Joint Status Report pursuant to the Court's order of December 14, 2022 (DE 14).

The Parties continued negotiations and have agreed to a settlement in principle. Counsel for the Parties will draft the written settlement agreement for execution by the Parties in early January 2023.  It is intended that the Plaintiff will not dismiss the action upon execution, but rather seek a full stay such that the Court will maintain jurisdiction over the matter until the settlement payments are paid in full.

The Parties thank the Court for the flexibility allowing them to resolve the matter.

Dated:  December 23, 2022		/s/*Jennifer Gross*

                                                            Jennifer Gross (admitted *pro hac vice*)
Denise Calle (admitted *pro hac vice*)
Benjamin L. England & Associates, LLC
810 Landmark Drive, Suite 126
Glen Burnie, MD 21061
(410) 220-2800
jgross@englandlawgroup.com
dcalle@englandlawgroup.com

Christopher C. Peterson
Lopez Peterson, PLLC
101 West Hillside, Suite 1
Laredo, Texas 78041
956-718-2134
cpeterson@lopezpeterson.com

*Counsel for Plaintiff*

Dated:  December 23, 2022		s/*Jack Nicholas Fuerst*

                                                            Jack Nicholas Fuerst
Attorney at Law
8955 Katy Freeway
Suite 205
Houston, TX 77024
713-299-8221
jfuerst@sbcglobal.net

*Counsel for Defendant*