United States District Court
Southern District of Texas
**ENTERED**
May 25, 2023
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| SPAN 39 LTD, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-02866 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| TEXAS MEDICAL | § | |
| TECHNOLOGY LLC, | § | |
| Defendant. | § | |

## Order

This matter was previously stayed, with further order that the parties file a status report regarding settlement. Dkt 14. The parties have done so, noting that a settlement agreement had been reached in principle. Dkt 15.

They now file a supplement to report that they have reached a settlement agreement. They request that the action be stayed, rather than dismissed, until settlement payments are paid in full. Dkt 16. Upon inquiry, the parties advise that all payments are to be made by November 6, 2023.

The Court appreciates the efforts of the parties and understands the desire that jurisdiction be maintained. It is preferred instead to close matters upon settlement, with leave freely given to reopen the matter on the docket if any conditions precedent fail.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move to reinstate the claims against Defendant if settlement payments have not been paid in full by November 20, 2023. Reasonable extension of this deadline may be timely requested.

SO ORDERED.

Signed on May 25, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge